Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

*Counsel for Plaintiff McPhee and the Proposed Class*

[Additional Counsel for Parties Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCPHEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-07947-CRB<br><br>**STIPULATION TO CONSOLIDATE RELATED CASES** ; ORDER |
| JONATHAN WALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-07949-CRB |
| AMANDA CHAVIRA & LAKWAME WARNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-07958-CRB |

| | |
|---|---|
| BILLY YODER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-07972-CRB |
| TRAVIS PARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC and PROSPER MARKETPLACE, INC.<br><br>Defendants. | CASE NO.: 3:25-cv-07977-CRB |
| AMANDA MAYO and THERESA CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC.<br><br>Defendants. | CASE NO.: 3:25-cv-08177-CRB |
| ALEXANDRES G. VALENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-08169-CRB |

| | | |
|---|---|---|
| 1 | RICKY SULLIVAN, individually and on behalf of all others similarly situated, | CASE NO.: 3:25-cv-08232-CRB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | CASE NO.: 3:25-cv-08634-CRB |
| 9 | MOUNIR TAMMAR, individually and on behalf of all others similarly situated, | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | PROSPER FUNDING, LLC, | |
| 13 | Defendant. | |
| 14 | | |
| 15 | SAMUEL DUNNIGAN, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09003-CRB |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | PROSPER MARKETPLACE, INC., | |
| 20 | Defendant. | |
| 21 | SHARNAY MOULTRIE, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09101-CRB |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | PROSPER FUNDING, LLC, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| CODY SHAW, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-09103-CRB |
| ADA RIVERA, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC.,<br><br>Defendants. | CASE NO.: 3:25-cv-09133-CRB |
| BRIAN HUFF, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-09162-CRB |
| RYAN TAYLOR and SARAH EDGLEY, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC.<br><br>Defendants. | CASE NO.: 3:25-cv-09278-CRB |

| | | |
|---|---|---|
| 1<br>2 | JOBY CHILDRESS, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09286-CRB |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PROSPER FUNDING, LLC, | |
| 6 | Defendant. | |
| 7<br>8 | SEASON VESCO, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09310-CRB |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11<br>12 | PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC. | |
| 13 | Defendants. | |
| 14<br>15<br>16 | GERALD THOMPSON, ANGELA TAYLOR, MARITIA GRIFFITH, and JULIE TUIFEL, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09347-CRB |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | PROSPER FUNDING, LLC, | |
| 20 | Defendant. | |
| 21<br>22 | ANNETTE BUTLER, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09381-CRB |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25<br>26 | PROSPER FUNDING, LLC, and PROSPER MARKETPLACE, INC. | |
| 27 | Defendants. | |
| 28 | | |

| | | |
|---|---|---|
| 1 | SABRINA MACDONALD, individually and on behalf of all other similarly situated, | CASE NO.: 3:25-cv-09493-CRB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PROSPER FUNDING, LLC, | |
| 6 | Defendant. | |
| 7 | | |

WHEREAS, pursuant to Local Civil Rules 3-12 and 7-11, Plaintiffs in the above-captioned *McPhee* matter, and in *Walston v. Prosper Funding, LLC*, No. 3:25-cv-07949-CRB (N.D. Cal.); *Chavira, et al. v. Prosper Funding, LLC*, No. 3:25-cv-07958-CRB (N.D. Cal.); *Yoder v. Prosper Funding, LLC*, No. 3:25-cv-07972-CRB (N.D. Cal.); *Park v. Prosper Funding, LLC, and Prosper Marketplace, Inc.*, No. 3:25-cv-07977-CRB (N.D. Cal.); *Mayo, et al. v. Prosper Funding, LLC, and Prosper Marketplace, Inc.,*, No. 3:25-cv-08177-CRB (N.D. Cal.); *Valencia v. Prosper Funding, LLC*, No. 3:25-cv-08169-CRB (N.D. Cal.); *Sullivan v. Prosper Funding, LLC, and Prosper Marketplace, Inc.*, No. 3:25-cv-08232-CRB (N.D. Cal.); *Dunnigan v. Prosper Marketplace, Inc.*, No. 3:25-cv-09003-AGT (N.D. Cal.); *Tammar v. Prosper Funding, LLC*, No. 3:25-cv-08634-CRB (N.D. Cal.); *Moultrie v. Prosper Funding, LLC*, No. 3:25-cv-09101 (N.D. Cal.); *Shaw v. Prosper Funding, LLC*, No. 3:25-cv-09103 (N.D. Cal.); *Rivera v. Prosper Funding, LLC, and Prosper Marketplace, Inc*, No. 3:25-cv-09133-CRB (N.D. Cal.); *Huff v. Prosper Funding, LLC*, No. 3:25-cv-09162-LIC (N.D. Cal.); *Taylor, et al. v. Prosper Funding, LLC, and Prosper Marketplace, Inc*, No. 3:25-cv-09278 (N.D. Cal.); *Childress v. Prosper Funding, LLC*, No. 3:25-cv-09286-HSG (N.D. Cal.); *Vesco v. Prosper Funding, LLC, and Prosper Marketplace, Inc*, No. 3:25-cv-09310-LB (N.D. Cal.); *Thompson, et al. v. Prosper Funding, LLC*, No. 3:25-cv-09347-TSH (N.D. Cal.); *Butler v. Prosper Funding, LLC, and Prosper Marketplace, Inc*, No. 3:25-cv-09381-LB (N.D. Cal.); and *McDonald v. Prosper Funding, LLC*, No. 3:25-cv-09493 (N.D. Cal.) (the "Related Cases"), together with Defendants Prosper Funding, LLC, and Prosper Marketplace, Inc., by and through their counsel, stipulate and agree in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related, as follows:

1    WHEREAS, the above-captioned Related Cases currently are pending in this District and
2  concern substantially the same parties, property, transaction, or event;

3    WHEREAS, the above-captioned matter, *McPhee v. Prosper Funding, LLC*, was the first-
4  filed and is the furthest along, procedurally, among the Related Cases;

5    WHEREAS, the Parties agree that this Stipulation is being entered into without waiving
6  any party's rights or ability to raise any defenses or claims (including jurisdictional challenges)
7  and expressly reserve all rights regarding the same;

8    WHEREAS, the Parties agree that the Related Cases should be consolidated for pre-trial
9  purposes in the interests of efficiency and judicial economy, and to avoid unnecessary duplication
10 of effort and resources. Accordingly, all counsel for the Parties to the Related Cases jointly
11 stipulate and request that the Court enter an Order consolidating the Related Cases for pre-trial
12 purposes and permitting the filing of a single Consolidated Class Action Complaint; and

13   WHEREAS, the Parties agree that it would be duplicative and wasteful of the Court's and
14 the Parties' resources for Defendants to be required to separately respond to the complaints in the
15 Related Actions prior to the filing of a Consolidated Class Action Complaint, should the Court
16 order the requested consolidation;

17   **NOW, THEREFORE, IT IS STIPULATED AND AGREED,** and the Parties request,
18 that the Court order the following:

19   1.    The Related Cases are consolidated for all pre-trial purposes (the "Consolidated
20 Action") pursuant to Fed. R. Civ. P. 42(a).

21   2.    To ensure consistent and efficient adjudications in this Court, the "Consolidated
22 Action" will bear Lead Case 3:25-cv-07947-CRB, the number assigned to the first-filed case and
23 reflect the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PROSPER FUNDING, LLC DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No. 3:25-cv-07947-CRB |

3. The case file for the Consolidated Action will be maintained under Lead Case No. 3:25-cv-07947-CRB (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.,* "3:25-cv-07947-CRB(*McPhee*)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action and is asserted on a class or representative basis, shall be related to and consolidated with the Consolidated Action for pre-trial purposes. Plaintiffs and/or Defendants shall file a Notice of Related Cases whenever either believes that a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

5. If the Court determines that any such case is related, the clerk shall:

 (a) Place a copy of this Order in the separate file for such action;

 (b) Serve on the plaintiffs' attorney in the new case a copy of this Order;

 (c) Direct that this Order be served upon the defendant(s) in the new case; and

 (d) Make an appropriate entry in the Lead Case's docket.

6. Any applications for the appointment of Interim Lead Counsel pursuant to Federal Rule of Civil Procedure 23(g) shall be filed within 10 days from the date on which an order on this stipulation is entered.

7. Plaintiffs shall file a Consolidated Class Action Complaint within 45 days after the Court appoints Interim Lead Counsel or approves consolidation, whichever is latest, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints

1. filed in any of the Related Cases.

8. Any response to the Consolidated Class Action Complaint shall be due within 60 days from the filing of the Consolidated Class Action Complaint. All existing response deadlines are vacated. In the event the Court declines to consolidate the Related Actions, Defendants shall have 60 days from the date of any order denying consolidation in which to respond to the respective complaints filed in the Related Actions;

9. In the event Defendants file a motion to dismiss or other motion challenging the Consolidated Class Action Complaint, Plaintiffs and Defendants will comply with Local Civil Rule 7-3 with the following clarifications and/or adjustments:

    (a) Any opposition to a motion to dismiss or other motion challenging the Consolidated Class Action Complaint shall be filed and served within 30 days of the filing of the motion; and

    (b) any reply brief shall be filed and served within 21 days of the opposition;

10. The Clerk of Court is directed to close the Related Action case numbers (3:25-cv-07949, 3:25-cv-07958, 3:25-cv-07972, 3:25-cv-07977, 3:25-cv-08177, 3:25-cv-08169, 3:25-cv-08232, 3:25-cv-09003, 3:25-cv-08634, 3:25-cv-09101, 3:25-cv-09103, 3:25-cv-09133, 3:25-cv-09162, 3:25-cv-09278, 3:25-cv-09286, 3:25-cv-09310, 3:25-cv-09347, 3:25-cv-09381, and 3:25-cv-09493).

**IT IS SO STIPULATED.**

Dated: November 25, 2025

**KOPELOWITZ OSTROW P.A**
Kristen Lake Cardoso
Jeff Ostrow

*/s/ Kristen Lake Cardoso*
Kristen Lake Cardoso
**Attorneys for Plaintiffs McPhee and Walston**

Dated: November 25, 2025

**EDELSBERG LAW, P.A.**
Scott Edelsberg

*/s/ Scott Edelsberg*
Scott Edelsberg
**Attorneys for Plaintiff McPhee**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 25, 2025 | **THE LYON FIRM**<br>Joseph M. Lyon |
| 3 | | |
| 4 | | */s/ Joseph M. Lyon*<br>Joseph M. Lyon<br>**Attorneys for Plaintiffs Chavira and Warner** |
| 5 | Dated: November 25, 2025 | **SIRI & GLIMSTAD LLP**<br>Catherine Ybarra |
| 6 | | Tyler J. Bean<br>Neil P. Williams |
| 7 | | |
| 8 | | */s/ Catherin Ybarra*<br>Catherine Ybarra |
| 9 | | **Attorneys for Plaintiffs Yoder and Childress** |
| 10 | Dated: November 25, 2025 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 11 | | John J. Nelson |
| 12 | | */s/ John J. Nelson* |
| 13 | | John J. Nelson<br>**Attorneys for Plaintiffs Park and Butler** |
| 14 | Dated: November 25, 2025 | **SCHUBERT JONCKHEER &** |
| 15 | | **KOLBE LLP**<br>Robert C. Schubert |
| 16 | | Amber L. Schubert<br>Sonum Dixit |
| 17 | | |
| 18 | | */s/ Amber L. Schubert*<br>Amber L. Schubert |
| 19 | | **Attorneys for Plaintiffs Mayo and Castillo** |
| 20 | Dated: November 25, 2025 | **CHESTNUT CAMBRONNE PA**<br>Bryan L. Bleichner |
| 21 | | |
| 22 | | */s/ Bryan L. Bleichner*<br>Bryan L. Bleichner |
| 23 | | **Attorneys for Plaintiff Valencia** |
| 24 | Dated: November 25, 2025 | **YANNI LAW APC**<br>John C. Bohren |
| 25 | | |
| 26 | | */s/ John C. Bohren*<br>John C. Bohren |
| 27 | | **Attorneys for Plaintiff Sullivan** |
| 28 | Dated: November 25, 2025 | **POULIN \| WILLEY \| ANASTOPOULO**<br>Paul J. Doolittle |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | */s/ Paul J. Doolittle*<br>Paul J. Doolittle<br>**Attorneys for Plaintiff Sullivan** |
| 3 | | |
| 4 | | |
| 5 | Dated: November 25, 2025 | **LYNCH CARPENTER, LLP** |
| 6 | | (Eddie) Jae K. Kim<br>Gerald D. Wells, III |
| 7 | | |
| 8 | | */s/ Gerald D. Wells, III*<br>(Eddie) Jae K. Kim<br>**Attorneys for Plaintiff Tammar** |
| 9 | | |
| 10 | Dated: November 25, 2025 | **EDELSON LECHTZIN LLP**<br>Marc H. Edelson* |
| 11 | | Liberato P. Verderame* |
| 12 | | */s/ Marc H. Edelson*<br>Marc H. Edelson |
| 13 | | **Attorneys for Plaintiff Dunnigan** |
| 14 | Dated: November 25, 2025 | **COTCHETT, PITRE & McCARTHY LLP** |
| 15 | | Joseph W. Cotchett |
| 16 | | Thomas E. Loeser<br>Gia Jung |
| 17 | | Karin B. Swope*<br>Andrew J. Fuller* |
| 18 | | Jacob M. Alhadeff* |
| 19 | | */s/ Thomas E. Loeser* |
| 20 | | Thomas E. Loeser<br>**Attorneys for Plaintiff Moultrie** |
| 21 | Dated: November 25, 2025 | **AHDOOT & WOLFSON, PC** |
| 22 | | Tina Wolfson<br>Robert Ahdoot |
| 23 | | Alyssa Brown |
| 24 | | */s/ Tina Wolfson*<br>Tina Wolfson |
| 25 | | **Attorneys for Plaintiff Moultrie** |
| 26 | Dated: November 25, 2025 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 27 | | Joseph P. Guglielmo*<br>Erin Green Comite** |
| 28 | | Anja Rusi** |

- 11 -

STIPULATION TO CONSOLIDATE RELATED ACTIONS, Case No. 3:25-cv-07947

|   |   |
|---|---|
|   | */s/ Joseph P. Guglielmo*<br>**Attorneys for Plaintiff Shaw** |
| Dated: November 25, 2025 | **NUSSBAUM LAW GROUP, P.C.**<br>Linda P. Nussbaum |
|   | */s/ Linda P. Nussbaum*<br>**Attorneys for Plaintiff Rivera** |
| Dated: November 25, 2025 | **BLOOD HURST & O'REARDON, LLP**<br>Timothy Blood |
|   | */s/ Timothy Blood*<br>Timothy Blood<br>**Attorneys for Plaintiff Rivera** |
| Dated: November 25, 2025 | **BERGER MONTAGUE PC**<br>Colleen L. Fewer |
|   | */s/ Colleen L. Fewer*<br>Colleen L. Fewer<br>**Attorney for Plaintiff Brian Huff** |
| Dated: November 25, 2025 | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>David S. Casey, Jr.<br>Gayle M. Blatt<br>P. Camille Guerra |
|   | */s/ David S. Casey, Jr.*<br>David S. Casey, Jr.<br>**Attorneys for Plaintiffs Taylor, Edgley, and MacDonald** |
| Dated: November 25, 2025 | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>Melissa R. Emert*<br>Gary S. Graifman* |
|   | */s/ Melissa R. Emert*<br>Melissa R. Emert<br>**Attorneys for Plaintiffs Ryan Taylor and Sarah Edgley** |
| Dated: November 25, 2025 | **FEDERMAN & SHERWOOD**<br>Jessica A. Wilkes* |
|   | */s/ Jessica A. Wilkes*<br>Jessica A. Wilkes<br>**Attorneys for Plaintiff Childress** |

| | | |
|---|---|---|
| 1 | Dated: November 25, 2025 | **HARTLEY LLP** |
| 2 | | Jason S. Hartley |
| | | Jason M. Lindner |
| 3 | | |
| 4 | | */s/ Jason S. Hartley* |
| | | Jason S. Hartley |
| 5 | | ***Attorneys for Plaintiff Vesco*** |
| 6 | Dated: November 25, 2025 | **STUEVE SIEGEL HANSON LLP** |
| | | Norman E. Siegel* |
| 7 | | Barrett J. Vahle* |
| | | Tanner J. Edwards* |
| 8 | | |
| | | */s/ Norman E. Siegel* |
| 9 | | **Norman E. Siegel** |
| | | ***Attorneys for Plaintiff Vesco*** |
| 10 | Dated: November 25, 2025 | **GIBBS MURA LLP** |
| 11 | | David M. Berger |
| 12 | | */s/ David M. Berger* |
| | | David M. Berger |
| 13 | | ***Attorneys for Plaintiffs Gerald Thompson, Angela Taylor, Maritia Griffith, and Julie Tuifel*** |
| 14 | Dated: November 25, 2025 | |
| 15 | | **HAUSFELD LLP** |
| | | Steven M. Nathan |
| 16 | | James J. Pizzirusso** |
| 17 | | */s/ Steven M. Nathan* |
| | | Steven M. Nathan |
| 18 | | ***Attorneys for Plaintiffs Gerald Thompson, Angela Taylor, Maritia Griffith, and Julie Tuifel*** |
| 19 | | |
| 20 | Dated: November 25, 2025 | **LEEDS BROWN LAW, P.C.** |
| | | Brett R. Cohen |
| 21 | | |
| | | */s/ Brett R. Cohen* |
| 22 | | Brett R. Cohen |
| | | ***Attorneys for Plaintiff Butler*** |
| 23 | | |
| 24 | Dated: November 25, 2025 | **LEVIN SEDRAN & BERMAN, LLP** |
| | | Charles E. Schaffer* |
| 25 | | */s/Charles E. Schaffer* |
| | | Charles E. Schaffer |
| 26 | | ***Attorneys for Plaintiff Butler*** |
| 27 | Dated: November 25, 2025 | **GOLDENBERG SCHNEIDER, LPA** |
| | | Jeffrey S. Goldenberg* |
| 28 | | |
| | | */s/Jeffrey S. Goldenberg* |

| | |
|---|---|
| | Jeffrey S. Goldenberg<br>**Attorneys for Plaintiff Butler**<br><br>*Pro Hac Vice forthcoming* |
| Dated: November 25, 2025 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>Karen Hanson Riebel*<br>Kate M. Baxter-Kauf*<br>Jacob E. Lanthier*<br><br>*/s/ Karen Hanson Riebel*<br>Karen Hanson Riebel<br>**Attorneys for Plaintiff MacDonald**<br><br>*Pro Hac Vice forthcoming*<br>**Pro Hac Vice* |
| Dated:  November 25, 2025 | **ORRICK, HERRINGTON & SUTCLIFF LLP**<br>Ali M. Abugheida<br><br>*/s/ Ali M. Abugheida*<br>Ali M. Abugheida<br>**Attorneys for Defendants Prosper Funding, LLC and Prosper Marketplace, Inc.** |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: December 5, 2025

_____
HONORABLE CHARLES R. BREYER